FILED

08/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0306

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHAEL ANTHONY PARKER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 25, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 19 2024